UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

_____

| | |
|---|---|
| MINERALS DEVELOPMENT & SUPPLY COMPANY, INC., KENIN L. EDWARDS, and JAMES R. COTE, Jr., | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) ) ) ) ) |
| SUPERIOR SILICA SANDS LLC, | |
| Defendant. | |

Case No. 2:11-CV-196

_____

**EMERGENCY MOTION OF DEFENDANT
SUPERIOR SILICA SANDS LLC FOR STAY**
_____

Defendant Superior Silica Sands LLC ("Superior Silica"), by counsel and making a special appearance, hereby moves the Court for an immediate stay of this case, which was initiated by a Petition To Vacate Arbitration Award ("Petition") filed on April 4, 2011, by Plaintiffs Minerals Development & Supply Co., Inc., Kenin Edwards, and Jamie Cote (collectively "MDSC"). Superior Silica is filing this motion as an emergency motion because its deadline for responding to MDSC's Petition may be as soon as this Wednesday, April 20, 2011, and because MDSC has refused to consent to an extension for Superior Silica to respond to the Petition even though the matters raised by the Petition are pending before multiple other courts.

Those courts include the Western District of Wisconsin. MDSC has filed two lawsuits against Superior Silica and its affiliates in that court, in June 2010 and January 2011, addressing the same claims raised by the Petition. Those issues have been fully briefed and are ripe for decision in the Western District. As set forth in the memorandum filed with this motion, the "first-filed rule" applies to this case and mandates that this case be stayed pending action by the Western District of Wisconsin.

Superior Silica recognizes that MDSC is entitled to respond to this motion. Because Superior Silica's response to MDSC's Petition may be due on April 20, however, Superior Silica asks that, if circumstances prevent a final ruling on this motion by then, the Court issue a ruling on an interim stay in advance of that date.

This motion is made without waiving Superior Silica's objections to personal jurisdiction and venue in this Court.

### Statement Certifying Compliance With Local Rule 3.01(g)

Before filing this motion, counsel for Superior Silica conferred with counsel for MDSC in a good faith effort to resolve this issue, and they were unable to agree on a resolution.

April 18, 2011           **SUPERIOR SILICA SANDS LLC**

/s/ *Michael R. Shebelskie*
Michael R. Shebelskie,  Trial Counsel (VSB# 27459)
William H. Wright, Jr. (VSB # 25576)
HUNTON & WILLIAMS LLP
Riverfront Plaza-East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Phone: (804) 788-8200
Fax:    (804) 788-8218
Email: mshebelskie@hunton.com or cwright@hunton.com

Barry R. Davidson (Fla. Bar. No. 0107678)
HUNTON & WILLIAMS LLP
1111 Brickell Avenue
Suite 2500
Miami, Florida 33131
Phone: (305) 810-2500
Fax: (305) 810-2460
Email: bdavidson@hunton.com

Counsel to Superior Silica Sands LLC

**CERTIFICATE OF SERVICE**

I, Barry R. Davidson, hereby certify that on April 18, 2011, the foregoing was electronically filed with the Clerk of the Court using the ECF system which will send notification of such filing to the following counsel for the Plaintiffs:

>Albert Solochek, Esq.
>HOWARD SOLOCHEK & WEBER, S.C.
>324 E. Wisconsin Avenue, Suite 1100
>Milwaukee, Wisconsin 53202
>
>Daniel F. Konicek, Esq.
>KONICEK & DILLON, P.C.
>21 West State Street
>Geneva, Illinois 60134
>
>Counsel for Minerals Development & Supply Company, Inc., Kenin L. Edwards, and James R. Cote, Jr.

Dated this 18th day of April 2011.

>/s/ *Barry R. Davidson*
>Barry R. Davidson (Fla. Bar. No. 0107678)
>HUNTON & WILLIAMS LLP
>1111 Brickell Avenue
>Suite 2500
>Miami, Florida 33131
>Phone: (305) 810-2500
>Fax: (305) 810-2460
>Email: bdavidson@hunton.com
>
>Michael R. Shebelskie, Trial Counsel (VSB# 27459)
>William H. Wright, Jr. (VSB # 25576)
>HUNTON & WILLIAMS LLP
>Riverfront Plaza-East Tower
>951 East Byrd Street
>Richmond, Virginia 23219-4074
>Phone: (804) 788-8200
>Fax:    (804) 788-8218
>Email: mshebelskie@hunton.com or
>cwright@hunton.com
>Counsel to Superior Silica Sands LLC

75633.000007 EMF_US 35183743v2