**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

MINERALS DEVELOPMENT & SUPPLY
COMPANY, INC., KENIN L. EDWARDS, JAMES
R. COTE, JR.,

                Plaintiffs,

-vs-                                            Case No.  2:11-cv-196-FtM-36SPC

SUPERIOR SILICA SANDS, LLC,

                Defendant.
_____

**ORDER**

This matter comes before the Court on Defendant's Motion to Seal Pursuant to Orders of Superior Silica Sands LLC (Doc. #5) filed on April 18, 2011.  Defendant Superior Silica moves to seal exhibits in support of its Emergency Motion for Stay (Doc. #3) filed on April 18, 2011.  As grounds, Defendant states that these documents have been or will be sealed pursuant to the confidentiality provisions of an underlying arbitration order.  Thus, the Court finds good cause to grant the Motion.  Accordingly, it is now

    **ORDERED:**

Defendant's Motion to Seal Pursuant to Orders of Superior Silica Sands LLC (Doc. #5) is **GRANTED**.  Exhibits A, B, C, D, E, I, and J of the Memorandum in SupportEmergency Motion to Stay may be filed under seal.

    **DONE AND ORDERED** at Fort Myers, Florida, this   21st    day of April, 2011.

                                                      SHERI POLSTER CHAPPELL
                                                      UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record