**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

MINERALS DEVELOPMENT & SUPPLY
COMPANY, INC., KENIN L. EDWARDS, JAMES
R. COTE, JR., ,

                        Plaintiffs,

-vs-                                                  Case No. 2:11-cv-196-FtM-36SPC

SUPERIOR SILICA SANDS, LLC,

                        Defendant.
_____

**ORDER**

       This matter comes before the Court on Unopposed Motion to Seal (Doc. #14) filed on April 22, 2011. This case involves a Petition to Vacate Arbitration Award (Doc. #1), which makes reference to a contract that, by its very terms, is confidential. Plaintiffs move this Court to seal all future pleadings that make reference to this original contract. Defendant does not oppose the motion to seal. Thus, the Court finds good cause to grant the Motion. Accordingly, it is now

       **ORDERED:**

       Unopposed Motion to Seal (Doc. #14) is **GRANTED**. All future pleadings making reference to the subject contract in this case shall be sealed. Counsel shall forward any future pleadings that fall under this category to the Clerk to be filed under seal and include a copy of this Order with such pleadings.

       **DONE AND ORDERED** at Fort Myers, Florida, this   25th   day of April, 2011.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record