# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

MINERALS DEVELOPMENT & SUPPLY
COMPANY, INC., KENIN L. EDWARDS, JAMES
R. COTE, JR.,

          Plaintiffs,

-vs-                                               Case No.  2:11-cv-196-FtM-36SPC

SUPERIOR SILICA SANDS, LLC,

          Defendant.
_____

## **ORDER**

      This matter comes before the Court on Motion of Superior Silica Sands LLC for Extension of Time in Which to Respond on the Merits (Doc. #10) filed on April 20, 2011.  Defendant requests additional time within which to respond to the pending Petition to Vacate Arbitration Award (Doc. #1) until such time as the court has ruled on Defendant's Motion to Dismiss for lack of subject matter jurisdiction (Doc. #11), which was filed on April 20, 2011.  The Court finds good cause to extend the time for Defendant to respond, but only for a period of 30 days.  If needed, Defendant may move with good cause for additional time.

      Accordingly, it is now

      **ORDERED:**

Motion of Superior Silica Sands LLC for Extension of Time in Which to Respond on the Merits (Doc. #10) is **GRANTED** in part.  Defendant shall have up to and including **May 25, 2011** to respond to the Petition to Vacate Arbitration Award.

**DONE AND ORDERED** at Fort Myers, Florida, this   25th   day of April, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record