UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MINERALS DEVELOPMENT &
SUPPLY COMPANY, INC., KENIN L.
EDWARDS and JAMES R. COTE, JR.,

    Plaintiffs,

v.                                          Case No: 2:11-cv-196-FtM-38CM

SUPERIOR SILICA SANDS, LLC,

    Defendant.

## **ORDER**[1]

This case recently came to the Court's attention after a period of inactivity for over six years. The case was stayed in 2011 because the parties were engaged in similar litigation that could potentially lead to a resolution (Doc. 24) and later administratively closed (Doc. 36). The stay expired on April 28, 2012. Since that time, there has been no activity. As Plaintiffs have shown a clear disinterest in prosecuting this case, it will be dismissed without prejudice and closed.

Accordingly, it is now

**ORDERED:**

This action is **DISMISSED without prejudice** for failure to prosecute. The Clerk shall enter judgment accordingly and close the file. **The parties may move to reopen the case only upon a showing of good cause**.

---

[1] Disclaimer: Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.

**DONE** and **ORDERED** in Fort Myers, Florida this 26th day of February, 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record